# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Kenneth L. Voneida,            :
                Appellant       :
                       :
         v.              :
                       :
Commonwealth of Pennsylvania,   :
Andrew Dowling, and          :
Francis T. Chardo          :      No. 586 C.D. 2022

**PER CURIAM**               **O R D E R**

      NOW, May 6, 2024, having considered Appellant's application for reargument and Appellee's answer in response thereto, the application is DENIED.